IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GENO LEWIS HAWKINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0701

Opinion filed February 24, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Geno Lewis Hawkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.